UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILFREDO CAMPOS,<br><br>                              Plaintiff,<br><br>                   -v.-<br><br>AEGIS REALTY MANAGEMENT CORP.<br>and SETH MILLER,<br><br>                              Defendants. | 19 Civ. 2856 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

By letter dated August 28, 2020 (Dkt. #36), the parties notified the Court that they have reached a settlement in this case. Accordingly, the conference scheduled for September 1, 2020, is hereby adjourned *sine die*. The parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before September 28, 2020, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:   August 28, 2020
         New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge